# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | 0 8 - 3 0 9 - M   0 1 |
| v. | WARRANT FOR ARREST |
| EDWIN G. JOHNSON<br>a/k/a THOMAS JAMESON | **FILED**<br>MAY 0 9 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br>CASE NUMBER: 08-1318 JKB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST EDWIN G. JOHNSON, a/k/a THOMAS JAMESON and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

did knowingly, willfully, and falsely pretend to be an officer and employee acting under the authority of the United States, that is the Federal Bureau of Investigation and the Untied States Marshal Service and in such pretended character did demand a thing of value in violation of 18 U.S.C. § 912.

| | |
|---|---|
| James K. Bredar<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| _[signature]_<br>Signature of Issuing Officer | May 5, 2008<br>Baltimore, Maryland<br>Date and Location |

(By) Deputy Clerk

Bail Fixed at $ _No Bac_ by The Honorable James K. Bredar
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>5-07-2008 | NAME AND TITLE OF ARRESTING OFFICER<br>_Reporting_ | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|
| DATE OF ARREST<br>5-07-2008 | DUSM Robert Byrd | _[signature]_ |

*Removal*

2604

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

08-309-M 01

UNITED STATES OF AMERICA

v.

**EDWIN G. JOHNSON**
a/k/a **THOMAS JAMESON**

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-131P JKB

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. Your Affiant submits that probable cause exists to believe that on or about April 26, 2008, in the District of Maryland, EDWIN G. JOHNSON, a/k/a THOMAS JAMESON did knowingly, willfully and falsely pretend to be an officer and employee acting under the authority of the U.S., that is the Federal Bureau of Investigation and US Marshal Service and in such character did demand a thing of value.

In violation of Title 18 United States Code, Section 912.

I further state that I am a Special Agent with the Federal Bureau of Investigation, respectively, and that this complaint is based on the following facts:

<u>SEE ATTACHED AFFIDAVIT</u>

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Mia Chester, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

May 5, 2008, at Baltimore, Maryland
Date and Time Issued

Honorable James K. Bredar
United States Magistrate Judge

Signature of Judicial Officer

08-309-M 01

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## FOR EDWIN GERARD JOHNSON

I, Mia Chester, being duly sworn, depose and state as follows:

1. I am a Federal Bureau of Investigation (FBI) Special Agent assigned to the Baltimore Division. I have been a Special Agent for approximately 17 years. I was assigned to conduct criminal investigations in the San Francisco Division for eleven years. I performed management, administrative and liaison duties while assigned as a Supervisory Special Agent in the Office of Equal Employment Opportunity Affairs and Office of Congressional Affairs. While assigned to the Training Division (as a Supervisory Special Agent) I trained Special Agent trainees at the FBI Academy on cyber related aspects to criminal and national security investigations. I have performed multiple successful criminal investigations. I have personally arrested over fifteen individuals for varying violations the United States Criminal codes.

2. I am submitting this affidavit as a basis for a criminal complaint and arrest warrant for Edwin Gerard JOHNSON for False Impersonation of an Employee of the United States in violation of title 18, U.S.C., Section 912.

1

3. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, in that I am empowered by law to conduct investigations and make arrests. This affidavit is based upon my personal knowledge, information reported to me by a Confidential Human Source (hereafter referred to as CHS) and information from the United States Probation Department.

4. On April 28, CHS advised your affiant on Saturday, April 26, 2008, that a man driving a car picked her up on Baltimore Street, Baltimore, Maryland. The man drove to an empty parking and asked for oral sex. When CHS was preparing to perform oral sex, the male advised that he was getting a condom from her purse, the man advised that he was a "fed" and the CHS was under arrest. The man told the CHS that he would not arrest her and wanted to help her. He stated that he was investigating stabbings in the area and "they" were conducting sweeps on Baltimore Street. His plan was to keep her in the car for an hour, until the raid was over. While the man and CHS were in the car, CHS feared going to jail and losing her freedom. She and the male were talking and at some point the man became sexually aroused. CHS performed oral sex on the man so she would not go to jail. The man stated he wanted to find CHS a job and would look out for her. The man drove CHS home, went into her home and had sex with the her. The CHS advised that she was afraid to turn down JOHNSON's sexual advances because she feared going to jail.

2

5. The man told CHS his undercover name was THOMAS JAMESON and his real name is EDWIN G. JOHNSON. He stated that he worked in the "Hoover Building" in Washington, DC and his badge number was 8553 or 8551. The CHS did not see a badge or gun. JOHNSON gave CHS his cellphone number of (202) 577-4198. He stated that he was a detective or agent and allowed CHS to look at his cellphone contacts which had names such as detective, agents, deputy chief, etc. in it. CHS described JOHNSON as a Black (dark skin) Male, 35 years old, 5 foo-7inches tall, 160-170 pounds.

6. Your affiant is aware that the FBI Headquaters building located in Washington, DC is also known as the J. Edgar Hoover building.

7. JOHNSON called CHS approximately 10 times on April 26, 2008, April 27, 2008, April 28, 2008 and April 29, 2008. He left numerous messages on her cellphone and also sent text messages.

8. On April 28, 2008, CHS met JOHNSON at her home based on his requests. He showed CHS documentation indicating that he was a United States Marshall. He had the documents in a black portfolio. JOHNSON told CHS that he would give her $100 for sex. He had sex with her but did not give her the $100. He gave her a credit card to hold while he got the $100; however, JOHNSON never returned. While JOHNSON was at CHS' home she obtained a list of telephone numbers from JOHNSON's cell phone contact list and pieces

3

of paper JOHNSON had with him. The list included what appeared to be the name and telephone number of the United States Probation Department. The CHS provided your affiant with a trash bag containing a used condom and condom wrappers, a list of names and telephone from JOHNSON's cellphone and papers and JOHNSON's credit card.

9. The CHS telephoned some of the numbers on JOHNSON's cellphone to verify whether or not JOHNSON was a federal agent. When JOHNSON learned of CHS' telephone calls he left her messages on her cellphone that threatened to get a warrant for her arrest. JOHNSON left numerous messages on CHS' cellphone, including one indicating that he was upset and she was going to jail. Your affiant listened to these voice mail messages.

10. On April 30, 2008, your affiant telephoned LADANA CROWELL, Probation Officer, United States Probation Department (USPD), Washingston, DC, (202) 565-1439. CROWELL advised that Edwin JOHNSON was convicted of a violation of Title 18, U.S.C., Section 912, Impersonation if an Employee of the United States government. JOHNSON is currently on probation for impersonating a United States Marshall. JOHNSON had posed as a United States Marshall to proposition women for sex in exchange for their freedom.

11. On May 1, 2008 a criminal data base check was conducted

4

on JOHNSON and revealed that his name is EDWIN JOHNSON, a Black male, born February 26, 1983, 5 foot-eight inches, 185 pounds, Social Security numbers 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 and 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, FBI number 778388CC0, Maryland State Identification number MD25050589.

12. On May 1, 2008, in the presence of your affiant, CHS participated in a consensual monitored telephone with subject EDWIN JOHNSON (202) 577-4198. During the telephone call JOHNSON stated that he worked for the "Federal Bureau of Investigation" "Washington DC." He added that his associates told CHS that he worked at Pizza Hut for his protection. He stated that the red card he flashed at CHS was his "id."

13. Based on the foregoing facts and my experience as a Special Agent with the FBI, I submit there is probable cause to believe that, on or about April 26, 2008 and May 1, 2008, Edwin JOHNSON did falsely pretend to be an officer and employee acting under the authority of the United States, that is the Federal Bureau of Investigation and the Untied States Marshal Service and in violation of 18 U.S.C. § 912.

Mia Chester, Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before me this 5th day of May, 2008.

5

_____
James K. Bredar
United States Magistrate Judge