AO 94 (Rev. 8/85) Commitment to Another District

*※ Forthwith*

**FILED**
MAY 0 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
*for the* _____ DISTRICT OF _Columbia_

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

_Edwin N. Johnson_          CASE NUMBER: _08-309M-01_

The defendant is charged with a violation of __18__ U.S.C. __912__ alleged to have been committed in the _____ District of _Maryland, Baltimore_

Brief Description of Charge(s):

_Impersonating a Federal Officer and Demanding a Thing of Value_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_May 9, 2008_            [signature]
Date                     Judicial Officer

| RETURN |
|---|

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

(N)