*Return Copy*
Rev 1/07

**FILED**
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: 05/22/08

Address of Other Court:   USDC District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MAY 23 2008

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

RE: CR 08-M-309  USA v. Johnson

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☐ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 05/09/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk